UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 11-6211-BSS
                Plaintiff )
                          ) REPORT COMMENCING CRIMINAL
        -vs-              ) ACTION
Kemery, Scott             ) 96630 004
        Defendant           USMS NUMBER

FILED by ***** D.C.

TO: Clerk's Office   MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court    FT. PIERCE
                        (circle one of above)      APR 20 2011

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – FT. LAUD.

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 4/19/11 _____ am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: PWI of Crystal Methamphetamine

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 3/12/71

(6) Type of Charging Document: (check one)
    [✓] Indictment  [ ] Complaint to be filed/already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 4/19/11   (9) Arresting Officer: SA Karen Berra

(10) Agency: DEA                        (11) Phone: 954 489 1700

(12) Comments: _____