AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| SCOTT KEMERY | ) Case No. 11-6211-BSS |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   SCOTT KEMERY                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute a controlled substance, that is fifty (50) grams or more of methamphetamine, in violation of Title 21, United States Code §§841(a)(1) and (b)(1)(A).

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date   4-19-11

Date: 04/19/2011

_____
*Issuing officer's signature*

City and state:   Fort Lauderdale, Florida         DEA Special Agent Karen R. Berra
                                                  *Printed name and title*

---

**Return**

This warrant was received on *(date)* April 19, 2011 and the person was arrested on *(date)* April 19, 2011
at *(city and state)* Fort Lauderdale FL

Date: 4/19/2011                                  _____
                                                  *Arresting officer's signature*

                                                  Special Agent Berra (DEA)
                                                  *Printed name and title*

