SEALED BY COURT ORDER

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>SCOTT KEMERY<br><br>*Defendant* | )<br>)  Case No. 11-6211-BSS<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     SCOTT KEMERY                                                                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute a controlled substance, that is fifty (50) grams or more of Methamphetamine, in violation of Title 21, United States Code §§841(a)(1) and (b)(1)(A).

Date: 04/19/2011

*Issuing officer's signature*

City and state:   Fort Lauderdale, Florida

DEA Special Agent Karen R. Berra
*Printed name and title*

### Return

This warrant was received on *(date)*  4/20/2011 , and the person was arrested on *(date)*  4/20/2011
at *(city and state)*   Ft Lauderdale, Fl          .

Date:  4/21/2011

*Arresting officer's signature*

Keith Kluttz, SDUSM
*Printed name and title*

208182!
1104-0426--3067-2